**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALEB JAMES APPLE,<br><br>                     Plaintiff,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; JOHN DOES 1-X, exclusive,<br><br>                     Defendants. | Case No.: 3:21-CV-0117-HDM-CLB<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

COMES NOW, the parties, by and through their Attorneys of Record, and agree to dismiss this matter without prejudice, with each party to bear their own attorney's fees and costs.

DATED this 19th day of April, 2021.　　　　DATED this 19th day of April, 2021.

CLAGGETT & SYKES LAW FIRM　　　　　　KEATING LAW GROUP

/s/ Joseph N. Mott　　　　　　　　　　　　　　/s/ John T. Keating

Joseph N. Mott　　　　　　　　　　　　　　　John T. Keating
Nevada Bar No. 12455　　　　　　　　　　　Nevada Bar No. 6373
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendant*

- 1 -

Case No.: 3:21-CV-0117-HDM-CLB

**ORDER**

**IT IS HEREBY ORDERED** that the Parties' Stipulation for Dismissal (ECF No. 10) is **GRANTED**.

*Howard D. McKibben*

U.S. DISTRICT/MAGISTRATE JUDGE

DATED: April 20, 2021

- 2 -